METROPOLITAN LIFE INSURANCE COMPANY, Plaintiff, *v.* TEN PARK AVENUE CORPORATION, Appellant, Impleaded with Others. LEON LEIGHTON et al., as Receivers, Respondents.

(Argued November 19, 1934; decided December 4, 1934.)

*Herbert M. Rosenberg* and *Louis Rosenberg* for appellant.
*Rulif V. De Nyse* for respondents.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.